NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent, *v.* LILLIAN SWEETING et al., Appellants.

*N. Y. C. & H. R. R. R. Co.* v. *Sweeting*, 166 App. Div. 909, affirmed.

(Argued October 19, 1916; decided October 24, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 4, 1914, which affirmed an order of Special Term denying a motion to vacate and set aside a judgment of condemnation, to dismiss the petition of the plaintiff herein, and to vacate and set aside all proceedings taken by plaintiff since the granting of said judgment of

condemnation, on the ground that the petitioner is not entitled to maintain proceedings for the acquisition of the real estate owned by the defendants and described in the petition herein, against the wishes of the said defendants, under any law of the state of New York, and that the court was, and is, without jurisdiction to make any order appointing commissioners in this proceeding. The proceeding was brought to condemn property of defendants for railroad purposes.

*Joseph McLean* for appellants.

*Daniel M. Beach* and *Leonard B. Bacon* for respondent.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, CUDDEBACK, HOGAN and CARDOZO, JJ.